IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Lakisha & Michael Brantley, | : |
| | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 3:12-cv-00013-DHB-WLB |
| | : |
| Cross Check, Inc.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 22, 2012

Respectfully submitted,

 /s/  Cara Hergenroether, Esq.
Attorney Bar No.: 570753
Attorney for Plaintiff Lakisha & Michael Brantley
LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Facsimile:   (888) 953-6237
Email: chergenroether@lemberglaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 22, 2012, a true and correct copy of the foregoing Notice of Settlement was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

               /s/ Cara Hergenroether
               Georgia Bar No. 570753
               Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424